NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DIANDREW CLARKSON, )
)
     Appellant, )
)
v. )    Case No. 2D17-1582
)
STATE OF FLORIDA, )
)
     Appellee. )
_____ )

Opinion filed February 22, 2019.

Appeal from the Circuit Court for Sarasota
County; Thomas Krug, Judge.

David J. Joffe of Joffe Law, P.A.,
Ft. Lauderdale, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and David Campbell,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.


     Affirmed.


KELLY, VILLANTI, and BLACK, JJ., Concur.